CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

Leonard J. Ackerman, # 171073
6977 Navajo Road, #124
San Diego, CA 92119
(619) 463-0555
ljabkatty@gmail.com

Order Entered on May 21, 2015
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325, West "F" Street, San Diego, California 92101-6991

In Re:

GREGORY W WOOD
CARYL WOOD

Debtors.

BANKRUPTCY NO. 12-16055-LT7

Date of Hearing: May 20, 2015
Time of Hearing: 2:00 p.m.
Name of Judge: Laura S. Taylor

# ORDER ON

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through 2 with exhibits, if any, for a total of 2 pages, is granted. Motion/Application Docket Entry No. 90

//
//
//
//
//
//

DATED: May 21, 2015

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Leonard J. Ackerman
(Firm name)

By:  /s/Leonard J. Ackerman
     Attorney for  ☐ Movant  ☐ Respondent

**CSD 1001A**

CSD 1001A [Page 2] [11/17/04]
Case 12-16055-LT7    Filed 05/21/15    Entered 05/21/15 12:29:34    Doc 99    Pg. 2 of 2

ORDER ON NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION
DEBTOR: GREGORY W WOOD and CARYL WOOD                    CASE NO: 12-16055-LT7

The Notice of Trustee's Final Report and Application for Compensation, filed by Leonard J. Ackerman with the above entitled Court on April 06, 2015, and served upon the debtor, creditors and parties in interest on April 08, 2015, no request for hearing nor objection to said Notice has been filed with the Court or received by Trustee, it is hereby

IT IS HEREBY ORDERED as follows:

The Trustee shall distribute the funds in the estate as set forth in the Notice of Trustee's Final Report and Application for Compensation.

IT IS SO ORDERED

**CSD 1001A**

Signed by Judge Laura Stuart Taylor May 21, 2015